## RAINBOW SPRINGS PARTNERSHIP v. COUNTY OF MACON

No. 197P86.

Case below: 79 N.C. App. 335.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

## RARITAN RIVER STEEL CO. v. CHERRY, BEKAERT & HOLLAND

No. 123PA86.

Case below: 79 N.C. App. 81.

Petition by defendants (Cherry, Bekaert & Holland) for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1986 solely for review of issues arising from the plaintiffs' claims for negligent misrepresentation.

## STATE v. ALLISON

No. 206PA86.

Case below: 73 N.C. App. 334.

Petition by defendant (Allison) for writ of certiorari to the North Carolina Court of Appeals allowed 3 June 1986. Petition by defendant (Allison) for writ of supersedeas denied 3 June 1986.

## STATE v. BROWN

No. 803P85.

Case below: 77 N.C. App. 845.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

## STATE v. BRYANT

No. 290A86.

Case below: 77 N.C. App. 459.

Petition by defendant for discretionary review of additional issues pursuant to G.S. 7A-31 and Appellate Rule 16(b) denied 3 June 1986.